**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JAVIER JIMENEZ GOMEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-03-082-EJG |
| ) | |
|     PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
|     v. ) | CONFERENCE |
| ) | |
| JAIVER JIMENEZ GOMEZ, et al., ) | |
| ) | |
|     DEFENDANTS. ) | |
| ) | |
| _____ ) | |

       Plaintiff, the United States of America, by its counsel, Assistant United

States Attorney, Ms. Mary Grad, and defendant, JAIVER JIMENEZ GOMEZ,

represented by  Mr. James R. Greiner, hereby stipulate and agree that the status

conference calendared for Friday, October 13, 2006, at 10:00 a.m.,  before the

Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to

Friday, November 17, 2006, at 10:00 a.m..

       Colleen Lydon was contacted by counsel to check the proposed date and the

date of November 17, 2006, was open and available for the Court for a further status

hearing date. No trial date has been set.

1

1

## SPEEDY TRIAL ACT-EXCLUSION OF TIME

2          The parties agree and stipulate the Court can find an exclusion of time from the

3   Speedy Trial Act, Title 18 U.S.C section 3161, et seq., based on the needs of counsel

4   to prepare pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4;

5   the parties stipulate and agree that the interests of justice served by granting this

6   continuance outweigh the best interests of the public and the defendants in a speedy

7   trial, Title 18 U.S.C. § 3161(h)(8)(A); the parties agree and stipulate that the case,

8   based upon the amount of discovery including but not limited to the wire taps and

9   volume of tape recordings, is complex within the meaning of Title 18 U.S.C. section

10   3161(h)(8)(B)(ii),  for the following factual reasons:

11               1-The government has provided to defense counsel during the week of

12   October 2, 2006, 647 pages of hard discovery and 2 CD dics which are the wire tap

13   interceptions which from the brief over view by defense counsel has easily over 1,000

14   telephone conversations on each of the CD's and each telephone conversation

15   recording is of varying time durations. The hard copy discovery needs to be reviewed

16   and reviewed  with the client and each of the CD's that appears to have easily over

17   1,000 telephone calls on each CD needs to be reviewed and reviewed with the client.

18          Finally, James R. Greiner has been authorized by all counsel via telephone

19   conference to sign this stipulation on their behalf.

20

21                              Respectfully submitted,
                              McGREGOR W. SCOTT
22                              UNITED STATES

23                              /s/ MARY GRAD

24   DATED: 10-6-06
                              _____
25                              MARY GRAD
                              ASSISTANT UNITED STATES ATTORNEY
26                              ATTORNEYS FOR THE PLAINTIFF

27

28                                              2

1

2

3  DATED: 10-6-06                    /s/ JAMES R. GREINER

4                                    JAMES R. GREINER
                                     ATTORNEY FOR DEFENDANT
5                                    JAVIER JIMENEZ GOMEZ

6

7                                    **ORDER**

8

9
       **FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**
10

11

12
    DATED: OCTOBER 6, 2006.
13

14

15

16                              /s/ EDWARD J. GARCIA

17     _____

18                              **EDWARD J. GARCIA**

19                              **UNITED STATES SENIOR
                                DISTRICT COURT JUDGE**

20

21

22

23

24

25

26

27

28
                              3