**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JAVIER JIMENEZ GOMEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-03-082-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| JAIVER JIMENEZ GOMEZ, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____ ) | |

Plaintiff, the United States of America, by its counsel, Assistant United
States Attorney, Ms. Mary Grad, and defendant, JAIVER JIMENEZ GOMEZ,
represented by  Mr. James R. Greiner, hereby stipulate and agree that the status
conference calendared for Friday, March 2, 2007, at 10:00 a.m.,  before the
Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to
Friday, March 30, 2007, at 10:00 a.m..

Colleen Lydon, the Court's deputy clerk, was contacted by counsel to check the
proposed date and the date of Friday, March 30, 2007, was open and available for the
Court for a further status hearing date. No trial date has been set. The defendant is in
custody.

1

**SPEEDY TRIAL ACT-EXCLUSION OF TIME**

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C section 3161, et seq., based on the needs of counsel to prepare pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A); the parties agree and stipulate that the case, based upon the amount of discovery including but not limited to the wire taps and volume of tape recordings, is complex within the meaning of Title 18 U.S.C. section 3161(h)(8)(B)(ii), for the following factual reasons:

1-The government has provided to defense counsel during the week of October 2, 2006, 647 pages of hard discovery and 2 CD dics which are the wire tap interceptions which from the brief over view by defense counsel has easily over 1,000 telephone conversations on each of the CD's and each telephone conversation recording is of varying time durations. The hard copy discovery needs to be reviewed and reviewed  with the client and each of the CD's that appears to have easily over 1,000 telephone calls on each CD needs to be reviewed and reviewed with the client.

The review of this massive amount of documentation is continuing and the additional time is needed to continue to review this material and to review this material with the client. In addition, the additional time is needed by the defense to get a general broad handle on the potential issues in this case so that  a plan of investigation can be reasonably formulated. The review of this material is on-going and time consuming. It is taking counsel longer than first anticipated to review all of the thousands of telephone calls on the CD. Defense counsel is working diligently in the reviewing of this material.

This defendant has just recently been arrested in this case and made his first appearance in this district before the magistrate Court on September 22, 2006. The

1  defendant is in custody in the Sacramento County Jail.

2      Finally, James R. Greiner has been authorized by counsel for the government

3  via telephone conference to sign this stipulation on her behalf.

4                              Respectfully submitted,
                             McGREGOR W. SCOTT
5                             UNITED STATES

6                              /s/ MARY GRAD

7  DATED: 3-30-07
                             _____
8                             MARY GRAD
                             ASSISTANT UNITED STATES ATTORNEY
9                             ATTORNEYS FOR THE PLAINTIFF

10

11

12                             /s/ JAMES R. GREINER

13 DATED: 3-30-07
                             _____
14                            JAMES R. GREINER
                             ATTORNEY FOR DEFENDANT
15                            JAVIER JIMENEZ GOMEZ

16

17                             **ORDER**

18

19     **FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.**

20

21 DATED:    February 28, 2007

22

23

24

25                   /s/ Edward J. Garcia_____

26                   **EDWARD J. GARCIA**

27                   **UNITED STATES SENIOR JUDGE**

28                             3

**DISTRICT COURT JUDGE**