**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JAVIER JIMENEZ GOMEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>PLAINTIFF,  )<br>  )<br>v.  )<br>  )<br>JAIVER JIMENEZ GOMEZ, et al.,  )<br>  )<br>DEFENDANTS.  )<br>  )<br>_____)  | CR.NO.S-03-082-EJG<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE TO<br>JULY 13, 2007 |

    Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad, and defendant, JAIVER JIMENEZ GOMEZ, represented by Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for Friday, June 15, 2007, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia, shall be continued to Friday, July 13, 2007, at 10:00 a.m..

    Colleen Lydon, the Court's deputy clerk, was contacted by counsel to check the proposed date and the date of Friday, July 13, 2007, was open and available for the Court for a further status hearing date. No trial date has been set. The defendant is in custody.

1

## SPEEDY TRIAL ACT-EXCLUSION OF TIME

The parties agree and stipulate the Court can find an exclusion of time from the Speedy Trial Act, Title 18 U.S.C section 3161, et seq., based on the needs of counsel to prepare pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T-4; the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, Title 18 U.S.C. § 3161(h)(8)(A); the parties agree and stipulate that the case, based upon the amount of discovery including but not limited to the wire taps and volume of tape recordings, is complex within the meaning of Title 18 U.S.C. section 3161(h)(8)(B)(ii), for the following factual reasons:

1-The government has provided to defense counsel during the week of October 2, 2006, 647 pages of hard discovery and 2 CD dics which are the wire tap interceptions which from the brief over view by defense counsel has easily over 1,000 telephone conversations on each of the CD's and each telephone conversation recording is of varying time durations. The hard copy discovery needs to be reviewed and reviewed with the client and each of the CD's that appears to have easily over 1,000 telephone calls on each CD needs to be reviewed and reviewed with the client.

The continue review of this massive amount of documentation is continuing and the additional time is needed to continue to review this material and to review this material with the client. In addition, the additional time is needed by the defense to get a general broad handle on the potential issues in this case so that a plan of investigation can be reasonably formulated. The review of this material is on-going and time consuming. It is taking counsel longer than first anticipated to review all of the thousands of telephone calls on the CD. Defense counsel is working diligently in the reviewing of this material. The defendant is in custody in the Sacramento County Jail.

2-Defense counsel, James R. Greiner, has concluded the multi-defendant jury

trial in Sacramento Superior Court, Department 13, People v. Milward, et al, Case number 02F05876. This case concluded on Monday June 4, 2007. The case began on Monday, April 23, 2007.

In addition, the government has just last week made a written offer to resolve this case. This written offer needs to be reviewed and discussed with the client.

Finally, James R. Greiner has been authorized by counsel for the government via telephone conference to sign this stipulation on her behalf.

```
                              Respectfully submitted,
                              McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

DATED: 6-11-07                /s/ MARY GRAD authorized by telephone
                              _____
                              MARY GRAD
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEYS FOR THE PLAINTIFF

DATED: 6-11-07                /s/ JAMES R. GREINER
                              _____
                              JAMES R. GREINER
                              ATTORNEY FOR DEFENDANT
                              JAVIER JIMENEZ GOMEZ
```

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE __12__, 2007.

                    /s/ Edward J. Garcia
                    _____
                    **EDWARD J. GARCIA**
                    **UNITED STATES SENIOR**
                    **DISTRICT COURT JUDGE**

3