1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2763

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )      CR. No. S-03-0082-EJG
                                  )
11                Plaintiff,      )      STIPULATION TO CONTINUE STATUS
                                  )      CONFERENCE AND EXCLUDE TIME
12      v.                        )      UNDER THE SPEEDY TRIAL ACT
                                  )
13 JAVIER JIMENEZ GOMEZ,          )
                                  )
14                                )
                                  )
15                                )
                  Defendant.      )
16 _____)

17      The captioned matter is currently set before the court for a

18 status conference on November 16, 2007 at 10 a.m.  The parties

19 jointly request that the matter be continued until Friday, November

20 30, 2007 at 10 a.m. and be placed on calendar for change of plea at

21 that time.

22      The parties have reached an agreement in which the defendant

23 will enter a guilty plea.  Defense counsel is currently in a lengthy

24 trail but will be available on November 30, 2007 to be present for

25 his client's entry of plea.

26 ///

27 ///

28 ///

                                  1

1    The parties further request that time be excluded under the

2 Speedy Trial Act for continuity of counsel under Local Code T-4 (18

3 U.S.C. § 3161(h)(1)(8)(A)(iv) from November 16, 2007 until November

4 30, 2007..

5 DATED: 11/15/07    _____
    _____    /s James Greiner
6                                       JAMES R. GREINER
                                        Attorney for Defendant
7

8

9 DATED: 11/15/07                       McGREGOR W. SCOTT
                                        United States Attorney
10

11
                                        By: /s Mary L. Grad_____
12                                          MARY L. GRAD
                                            Assistant U.S. Attorney
13

14

15 SO ORDERED: Nov. 15, 2007

16                                      /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
17                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28