UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    Javier Jimenez GOMEZ
                                 Docket Number:   2:03CR00082-02
                                 **CONTINUANCE OF JUDGMENT**
                                 **AND SENTENCING**

Sir:

It has been respectfully requested that the above-referenced case be continued from February 8, 2008, to March 7, 2008, at 10 a.m. (See attached Schedule for Disclosure)

**REASON FOR CONTINUANCE:**   Due to the unavailability of the undersigned probation officer, all parties have agreed with this continuance request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                               Respectfully submitted,


                               SCOTT W. STOREY
                      United States Probation Officer


**REVIEWED BY:**_____
                     KAREN A. MEUSLING
                       **Supervising United States Probation Officer**

**RE:     Javier Jimenez GOMEZ**
**         Docket Number:   2:03CR00082-02**
**         CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated:      December 20, 2007
            Sacramento, California

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


 XX  **Approved**         /s/ Edward J. Garcia                12/21/07
                          **EDWARD J. GARCIA**
                          **Senior United States District Judge**        **Date**
     **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:03CR00082-02 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **Javier Jimenez GOMEZ** | |
| **Defendant.** / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | March 7, 2008 @ 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 29, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 22, 2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 15, 2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | February 1, 2008 |

3